## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**　　　　　　　　　　　　　　　　　　　　　　　　　　　　303-844-2527
　Judge

November 4, 2010

### MEMORANDUM

TO:　　　　Greg Langham, Clerk

FROM:　　 Judge Babcock　　　　s/LTB

RE:　　　　Criminal Action No. 10-cr-00563-LTB
　　　　　　USA v. Brooks L. Kellogg

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp