**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00563-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BROOKS L. KELLOGG,

    Defendant.

---

## ORDER TO REDACT/SUBSTITUTE AFFIDAVIT

The Government's Motion To Redact (Doc. # 32), having been considered by the Court, is hereby GRANTED.   It is

ORDERED that the Affidavit attached (as Doc. # 32-2) to the Motion To Redact (Doc. # 32) shall be <u>substituted for</u> the affidavit currently attached as part of the Complaint (Doc. # 1) and attached (as Doc. # 7-1) to Government's Amended Affidavit (Doc. # 7).

DATED at Denver, Colorado on this the   30th   day of November, 2010.

BY THE COURT:

*[signature: Christine M. Arguello]*
_____
CHRISTINE M. ARGUELLO
United States District Judge