# EXHIBIT 1

To: Motion for Order Modifying Subpoena
to Testify Served on Reed Morris

*United States of America v. Brooks Kellogg*
United States District Court for the District of Colorado
Criminal Action No. 10-cr-00563–CMA

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
_Brooks Kellogg_ )   Case No. 10-cr-00563-CMA
Defendant )
)

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Read Morris

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 901 19th Street Denver, CO 80294 | Courtroom No.: A602 |
|---|---|
| | Date and Time: April 28, 2011 @ 1:30 pm |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date: _____

CLERK OF COURT

_/s/ M. J. ____
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _Brooks Kellogg_, who requests this subpoena, are:

Dru Nielsen #28775 (dnielsen@rplaw.com)
Larry Pozner #2792 (lpozner@rplaw.com)
Reilly Pozner LLP
1900 16th Street #1700
Denver, CO 80202
(303) 893-6100